UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>LINDY ROOFING COMPANY, INC.,<br><br>    Defendant. | Case No.16-cv-01533-HRL<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 17 |

At the initial case management conference approximately one year ago, the Court set a pre-trial conference date of September 5, 2017. Dkt. No. 17. Additionally, the Court ordered the parties, if the case had not been resolved by that time, to participate in a settlement conference with Magistrate Judge Cousins in advance of the pre-trial conference. *Id.* The Court's standing order re: pre-trial preparation requires the parties to file various submissions not less than fourteen days prior to the pre-trial conference (i.e., by August 22, 2017). The parties in this case have not filed anything on the docket since February 2017, and there is no indication that a settlement conference has been scheduled.

As a result of the parties' apparent inactivity and disregard of the Court's orders, the Court vacates the pre-trial conference and orders Plaintiff to appear on September 5, 2017, at 10:00 AM in Courtroom 2, Fifth Floor of the United States District Court, 280 South First Street, San Jose, and show cause why the case should not be dismissed for failure to prosecute. Plaintiff shall file a response to this order to show cause by August 29, 2017. If Plaintiff fails to appear at the show cause hearing, this case may be dismissed for failure to prosecute.

1 **IT IS SO ORDERED.**

2 Dated: 8/23/2017

HOWARD R. LLOYD
United States Magistrate Judge